# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    JESUS E CASTILLO<br>    MARIA CASTILLO<br>            Debtor(s) | Case No. 08-01241 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/21/2008.

2) The plan was confirmed on 04/18/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/29/2008, 11/20/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/14/2009, 08/05/2013.

5) The case was dismissed on 09/20/2013.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $25,620.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,240.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $16,240.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $826.06 |
| Other | $284.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,610.06

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77TH STREET DEPOT FED CU #2505 | Unsecured | 2,705.00 | 3,840.97 | 3,840.97 | 1,893.71 | 0.00 |
| 77TH STREET DEPOT FED CU #2505 | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 1,925.46 | NA | NA | 0.00 | 0.00 |
| BEACONRIDGE IMPROV ASSC | Secured | 1,877.00 | 1,877.00 | 1,877.00 | 1,877.00 | 0.00 |
| CENTRAL PATHOLOGY MIDWEST SF | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| CHARLES FEINSTEIN MD | Unsecured | 1,087.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 212.61 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT CORP | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| D L RECOVERY | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 41.50 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 24,076.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHY | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| EPIC GROUP | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| GUIDEPOST | Unsecured | 28.95 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 378.07 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Secured | 378.00 | 378.00 | 378.00 | 378.00 | 0.00 |
| ILLINOIS DEPT OF PUBLIC AID | Unsecured | 19,500.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| LAW TITLE | Unsecured | 488.70 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | 23,615.00 | 1,494.72 | 1,494.72 | 1,494.72 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MACNEAL HOSPITAL | Unsecured | 199.07 | NA | NA | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 92.94 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 417.96 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 9,723.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,045.71 | 1,759.08 | 1,759.08 | 867.27 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 8,044.34 | 8,044.34 | 8,044.34 | 3,966.08 | 0.00 |
| PUBLIC SERVICE CO | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 432.09 | NA | NA | 0.00 | 0.00 |
| RENA WAVIE INT | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTHCARE | Unsecured | 779.54 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 44.45 |
| SBC AMERITECH | Unsecured | 425.50 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBUL | Unsecured | 159.07 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 220.50 | 220.50 | 220.50 | 108.71 | 0.00 |
| THE HEARING CENTER | Unsecured | 3,225.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| WATER TOWER SURGICENTER | Unsecured | 8,057.43 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 1,200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,494.72 | $1,494.72 | $0.00 |
| Debt Secured by Vehicle | $1,000.00 | $1,000.00 | $44.45 |
| All Other Secured | $2,255.00 | $2,255.00 | $0.00 |
| **TOTAL SECURED:** | **$4,749.72** | **$4,749.72** | **$44.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,864.89** | **$6,835.77** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,610.06 |
| Disbursements to Creditors | $11,629.94 |
| **TOTAL DISBURSEMENTS** : | **$16,240.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/22/2013          By: /s/ Glenn Stearns
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**